48 A.3d 1221

Henry WILSON, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

July 17, 2012.

## ORDER

PER CURIAM.

AND NOW, this 17th day of July, 2012, the order of the Commonwealth Court is hereby **AFFIRMED**.